IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION - COLUMBUS

| | |
|---|---|
| SHELBY J. GODDARD, | ) |
| Plaintiff, | ) Case No. 2:09 CV 316 |
| v. | ) Judge Sargus |
| | ) Magistrate Kemp |
| NORFOLK SOUTHERN RAILWAY COMPANY, a corporation, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties to the within action, by and through counsel, and hereby stipulate that the within matter be marked "settled and dismissed with prejudice, each party to bear their own costs."

IT IS SO STIPULATED.

/s/ Robert B. Thompson
Robert B. Thompson (OH Bar 00786343)
Harrington, Thompson, Acker & Harrington, Ltd.
180 North Wacker Drive, Third Floor
Chicago, IL 60606
312-332-8811
312-332-2027 (fax)
htah@haringtonlaw.com
Attorney for Plaintiff

/s/R. Leland Evans
R. Leland Evans (0006833)
Porter, Wright, Morris & Arthur LLP
41 South High Street
Columbus, Ohio 43215
(614) 227-2164
(614) 227-2100 (facsimile)
revans@porterwright.com
*Attorneys for Defendant*
*Norfolk Southern Railway Company*

IT IS SO ORDERED.

_____ 11-9-2010
Judge Sargus
Magistrate Kemp

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the *Notice of Stipulation With Prejudice* was served by mailing same, regular U.S. mail, postage prepaid, this 8th day of November, 2010 to the following:

>Laurence C. Acker, Esq.
>Robert B. Thompson, Esq.
>Harrington, Thompson, Acker & Harrington, Ltd.
>180 North Wacker, Suite 300
>Chicago, IL  60606
>*Attorneys for Plaintiff*

>/s/R. Leland Evans
>R. Leland Evans (0006833)